# EXHIBIT A

2022 040 10011

| LLC-1A | File # |



# State of California
## Secretary of State

1962362 - Out

**Limited Liability Company
Articles of Organization - Conversion**

**FILED**
Secretary of State
State of California

IPC

**JAN 3 1 2022**

This Space For Filing Use Only

**IMPORTANT — Read all instructions before completing this form.**

### Converted Entity Information

1. Name of Limited Liability Company  (The name must include the words Limited Liability Company or the abbreviations LLC or L.L.C. The words Limited and Company may be abbreviated to Ltd. and Co., respectively.)

   Lennar Homes of California, LLC

2. The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

3. The limited liability company will be managed by (check only one):

   [ ] One Manager          [ ] More Than One Manager          [X] All Limited Liability Company Member(s)

4. Initial Street Address of Limited Liability Company's Designated Office in CA: 4640 Admiralty Way, 5th Floor | City: Marina del Rey | State: CA | Zip Code: 90292

5. Initial Mailing Address of Limited Liability Company, if different from Item 4: 700 N.W. 107TH AVENUE, SUITE 400 | City: MIAMI | State: FL | Zip Code: 33172

6. Initial Agent for Service of Process: Item 6a: List the name of an individual or a corporation registered in CA under California Corporations Code section 1505 that agrees to be your agent for service of process. You may **not** list the converted entity as the agent. Item 6b: If the agent is an individual, list the agent's CA business or residential street address. Item 6c: If the agent is an individual **and** the converting entity is a CA corporation, limited partnership or general partnership, list the the agent's mailing address. **Do not** list an address if the agent is a CA registered corporate agent as the address for service of process is already on file.

   a. Name of Agent For Service of Process
   Corporate Creations Network Inc. [C2250455]

   b. If an individual, Street Address of Agent for Service of Process - *Do not list a P.O. Box* | City | State: CA | Zip Code

   c. If an individual, Mailing Address of Agent for Service of Process | City | State | Zip Code

### Converting Entity Information

7. Name of Converting Entity
   Lennar Homes of California, Inc.

8. Form of Entity: Domestic Stock Corporation | 9. Jurisdiction: California | 10. CA Secretary of State Entity Number, if any: 1962362

11. The principal terms of the plan of conversion were approved by a vote of the number of interests or shares of each class that equaled or exceeded the vote required. If a vote was required, the following was required for each class:

   | The class and number of outstanding interests entitled to vote. | AND | The percentage vote required of each class. |
   | Common - 1,000 | | 100% |

### Additional Information

12. Additional information set forth on the attached pages, if any, is incorporated herein by this reference and made part of this certificate.

13. I certify under penalty of perjury that the contents of this document are true. I declare I am the person who executed this instrument, which execution is my act and deed.

   _____
   Signature of Authorized Person

   Mark Sustana, Vice President
   Type or Print Name and Title of Authorized Person

   _____
   Signature of Authorized Person

   Mark Sustana, Secretary
   Type or Print Name and Title of Authorized Person

LLC-1A  (REV 12/2020)                                           2020 California Secretary of State