# EXHIBIT B







Lead
**Richard Tuso**

| Created Date | Lead Score | Community-Phase | State | Registration State? | Under Litiga |
| --- | --- | --- | --- | --- | --- |
| 03/20/2023 02:42 PM | | Lazio@Heritage Placer Vineyard | | No | No |

+ Follow    Take Ownership of Lead

**Details**  Related  Connections  Social Profile  News  Chatter  Community Calendar

∨ Lead Information

Name
Richard Tuso

Lead Owner
⊙ Danielle Barnes

Household
Richard Tuso Household

Assigned ISC
⊙ Danielle Barnes

Email
@gmail.com

Lead Status
Void

Primary Phone
2288

Initial Qualification Status

Secondary Phone ❶

Lead Rating
A

Division
Sacramento

Contact Type
Customer

Master Community

Market City Code

Community-Phase
Lazio@Heritage Placer Vineyard

Job #

Plan
LSC 164951.1438

Plan Name
Residence 1438

Top Priority
☐

International Buyer ●
☐

Home to Sell
☐

Trust/LLC/LLP/Corp
☐

Registration State
☐

Community Self Tour
https://api.selftournow.com/redirect/lennar/1659

Loan App Completed ●
☐

Homesite Address

Mystery Shopper
☑

Contact Exists
☐

Pre-qualified
☐

Customer Comments
I am interested in Residence 1438 Plan, Belle Maison At Campus Oaks, Roseville, CA 95747. I would like to schedule a tour for Tuesday, March 21 2023 at 10:00 AM You can reach me at: ███ 2288 I found this property on Zillow
I am interested in Residence 2423 Plan, Heritage Placer Vineyards | Active Adult : Lazio | Active Adult, Roseville, CA 95747. I would like to schedule a tour for Wednesday, April 26 2023 at 1:00 PM You can reach me at: ███ 2288 I found this property on Zillow

Tour Type
in-person

W2L
☑

State

Original Source Details

Blend Loan ID

Blend Record DateTime

## ⌄ Health Questionnaire

Sick or quarantined? ⓘ

Direct Contact with COVID-19 virus? ⓘ

Any risks for COVID-19 at your home? ⓘ

Additional details on risks exits ⓘ

## ⌄ How Did You Hear About Lennar?

Source
Digital Media

Source Type
Zillow.com

Lead Type
Tour

Referred By Contact

Referred By Lead

Landing Page

Lennar Campaign

Referrer Domain

Brand ID

Referred By Associate

Legacy Referred by value ⓘ

## ⌄ Realtor Information

Realtor

Broker Company

Realtor Representation?
☐

Realtor Phone

> Communication Preferences

DSAR ⓘ

Lennar Marketing : Do Not Email ⓘ
☐

Lennar Marketing : Do Not Text ⓘ
☐

Do Not Call ⓘ
☐

Lennar Marketing : Do Not Mail ⓘ
☐

Preferred Language
English

Affiliate Marketing : Do Not Email ⓘ
⌄

Affiliate Marketing : Do Not Call ⓘ
⌄

Affiliate Marketing : Do Not Text ⓘ
⌄

Affiliate Marketing : Do Not Mail ⓘ
⌄

Don't Share Personal info w/ Affiliates ⓘ
⌄

Do Not Sell or Share My Personal Info ⓘ
☐

Best Time to Contact

Best Way to Contact