# EXHIBIT A









| Field | Value |
|---|---|
| Plan | LSC 164951.1438 |
| Plan Name | Residence 1438 |
| Homesite Address | |
| Mystery Shopper | ✓ |
| Top Priority | ☐ |
| Contact Exists | ☐ |
| Pre-qualified | ☐ |
| International Buyer | |
| Customer Comments | I am interested in Residence 1438 Plan, Belle Maison At Campus Oaks, Roseville, CA 95747. I would like to schedule a tour for Tuesday, March 21 2023 at 10:00 AM You can reach me at: ▮▮▮▮-2288 I found this property on Zillow I am interested in Residence 2423 Plan, Heritage Placer Vineyards | Active Adult : Lazio | Active Ad, Roseville, CA 95747. I would like to schedule a tour for Wednesday, April 26 2023 at 1:00 PM You can reach me at: ▮▮▮▮-2288 I found this property on Zillow |
| Home to Sell | ☐ |
| Tour Type | in-person |
| Trust/LLP/LLP/Corp | ☐ |
| W2L | ✓ |
| Registration State | ☐ |
| State | |
| Community Self Tour | https://api.selftournow.com/redirect/lennar/1659 |
| Original Source Details | |
| Loan App Completed | ☐ |
| Blend Loan ID | |
| Blend Record DateTime | |

## > Health Questionnaire

Sick or quarantined? ⓘ

Any risks for COVID-19 at your home? ⓘ

Direct Contact with COVID-19 virus? ⓘ

Additional details on risks exits ⓘ

## > How Did You Hear About Lennar?

Source
Digital Media

Landing Page

Source Type
Zillow.com

Lennar Campaign

Lead Type
Tour

Referrer Domain

Referred By Contact

Brand ID

Referred By Lead

Referred By Associate

Legacy Referred by value ⓘ

## > Realtor Information

Realtor

Realtor Representation?
☐

Broker Company

Realtor Phone

## Communication Preferences

**DSAR**

Lennar Marketing : Do Not Email
☐

Lennar Marketing : Do Not Text
☐

Do Not Call
☐

Lennar Marketing : Do Not Mail
☐

Affiliate Marketing : Do Not Email
▾

Affiliate Marketing : Do Not Call
▾

Affiliate Marketing : Do Not Text
▾

Affiliate Marketing : Do Not Mail
▾

Don't Share Personal info w/ Affiliates
▾

Do Not Sell or Share My Personal Info
☐

Preferred Language
English

Best Time to Contact

Best Way to Contact